IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                  ) | Criminal No. 2:13-cr-00136 |
| ) | |
| MONTAY KING                              ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Montay King hereby gives notice that the 28 U.S.C. Section 2255 motion filed at the case number(s) captioned above, together with any amendments, is voluntarily dismissed without prejudice.

Date: March 16, 2017                                              Respectfully submitted,

*/s/ Elisa A. Long*
Elisa A. Long
Assistant Federal Public Defender