IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

FILED

JUL 15 2019

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

United States of America )
)
vs. ) Criminal Number **13-136**
)
**MONTAY KING** )

The above named defendant satisfied the judgment of **JUNE 2, 2015**
By paying on **JUNE 11, 2019** the full balance due on court ordered:

    __X__ ASSESSMENT

    _____ FINE

    _____ RESTITUTION

    _____ JVTA

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____       JUL 15 2019
Deputy Clerk                                       Date