IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:13cr136 |
| | ) | **Electronic Filing** |
| **MONTAY KING** | ) | |

**FINAL SUPERVISED RELEASE VIOLATION HEARING**
<u>Before Judge David Stewart Cercone</u>

| | |
|---|---|
| Appear for Government: | Michael L. Ivory, AUSA |
| Appear for Defendant: | Steven C. Townsend, Esquire |
| Hearing date: | November 19, 2025 |
| Hearing begun: | 1:50 PM |
| Hearing concluded: | 1:55 PM |
| Stenographer: | Veronica Trettel |
| Law Clerk/Deputy Clerk/Intern: | Mark Mohney/Laura Kim/Allison Conley |

REMARKS:   Court convened; the parties presented a joint recommendation to continue the hearing until further of court and to release defendant on bond subject to the terms and conditions of supervised release as previously imposed.  The court agreed to implement the parties' recommendation.